**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **M.D. JEFFREY HALBRECHT,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**UNITED HEALTHCARE INSURANCE COMPANY,** ***et al.*,**<br><br>     **Defendants.** | Case No.:  14-CV-5056   YGR<br><br>**ORDER SETTING BRIEFING DEADLINE RE: MOTION TO COMPEL ARBITRATION AND STAY ACTION** |

On November 26, 2014, defendant filed a motion to compel arbitration and to stay action. (Dkt. No. 5.)  The case was thereafter reassigned to the undersigned judge.  (Dkt. Nos. 8, 9.)  In the Order of Reassignment, counsel were instructed that all dates were vacated, but that briefing schedules and other deadlines remained unchanged.  (Dkt. No. 9.)  On December 23, 2014, defendant renoticed its motion to compel arbitration and to stay action and set the motion for hearing on January 20, 2015.  (Dkt. No. 10.)  To date, however, plaintiff has filed no response to the motion.

Accordingly, plaintiff shall have until **January 13, 2015** to file his response.

**IT IS SO ORDERED.**

Dated: January 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**