IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.D. JEFFREY HALBRECHT,<br><br>             Plaintiff,<br><br>    vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, et al.,<br><br>             Defendants. | Case No.: 14-CV-05056 YGR<br><br>**ORDER COMPELLING ARBITRATION AND STAYING ACTION** |

On November 26, 2014, defendant filed a motion to compel arbitration seeking an Order compelling plaintiff to arbitrate his claims against defendant and staying this action until the parties' arbitration concludes. [Dkt. No. 5]. On March 20, 2015, plaintiff filed a Statement of Non-Opposition. [Dkt. No. 20]. As a result, there are no further issues for the Court's consideration.

Accordingly, defendants' motion to compel arbitration and for entry of stay of proceedings is GRANTED. This order terminates Docket Number 5.

IT IS SO ORDERED.

Dated:  March 25   , 2015.

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE